UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

          Plaintiff,

    v.

BURROUGH AND SONS AUTOMOTIVE, INC.,

          Defendant.

Case No. 24-cv-03667-SI

**ORDER RE: MOTION FOR ENTRY OF JUDGMENT**

Self-represented plaintiff John Brosnan did not appear for a regularly scheduled case management conference on Friday, February 20, 2026. He did not inform the Court that he could not or would not appear.

This order is to advise Mr. Brosnan about the next steps in this litigation. Notice of default was entered on December 10, 2025. Dkt. No. 32. Mr. Brosnan now needs to file a motion requesting entry of judgment, and serve same on defendant. In connection with his motion, Mr. Brosnan must file a declaration under penalty of perjury stating where he is living and how long he has been living there. The motion for default judgment should be noticed on the Court's civil law and motion calendar.

    **IT IS SO ORDERED**.

Dated: February 20, 2026

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California