UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

        Plaintiff,

    v.

BURROUGH & SONS AUTOMOTIVE, INC.,

        Defendant.

Case No. 24-cv-03667-SI

**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT TO JULY 31, 2026 AND DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL DECLARATION**

Plaintiff's motion for default judgment is scheduled for a hearing on July 10, 2026. The Court has reviewed plaintiff's motion and declaration filed therewith and finds that a supplemental declaration from plaintiff is required. Accordingly, the Court CONTINUES the hearing on the motion for default judgment to July 31, 2026 at 10 a.m.

In an order filed February 20, 2026, the Court directed Brosnan to file a declaration under penalty of perjury "stating where he is living and how long he has been living there." Dkt. No. 36. On April 20, 2026, Brosnan filed a declaration stating, "I am living in my vehicle, I don't remember the exact date it started, location changes daily." Dkt. No. 37 at 2.

The Court finds that Brosnan's declaration does not comply with the Court's February 20, 2026 order. Even if Brosnan is living in his vehicle and the location changes daily, Brosnan can still identify the city or cities where he is living in his vehicle and approximately when he began living there. The Court also notes that Brosnan's pleadings have listed several addresses for him: 2101 Pear Street, #1, Pinole, CA 94564; 535 Appian Way, #21281, El Sobrante, CA 94803; and 3680 Wilshire Blvd., P04-1313, Los Angeles, CA 90010, and it is unclear what Brosnan's relationship is to those addresses.

The Court directs Brosnan to file a supplemental declaration, signed under penalty of

<div style="writing-mode: vertical-rl;">United States District Court<br/>Northern District of California</div>

perjury, stating what city or cities he is living in and how long he has been living in those locations, and explaining what his relationship is/was to the three addresses listed above.  In addition, Brosnan shall state his correct mailing address.  Brosnan shall file the supplemental declaration no later than July 17, 2026.

The Court directs Brosnan to serve a copy of this order on defendant by mail and to file a proof of service.

**IT IS SO ORDERED**.

Dated: July 7, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2