UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br>Plaintiff,<br>v.<br>BURROUGH AND SONS AUTOMOTIVE, INC.,<br>Defendant. | Case No. 24-cv-03667-SI<br><br>**JUDGMENT** |

The Court has dismissed this case without prejudice for failure to comply with court orders and failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 4, 2026

Susan Illston

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California